IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OAKDALE TOWNHOMES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No.  3:20-CV-0802-E |
| v. | § | |
| | § | |
| GENERAL STAR NATIONAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# DISMISSAL ORDER

Plaintiff Oakdale Townhomes, LLC and Defendant General Star have filed a Joint Motion to Dismiss with Prejudice (Doc. 25) informing the Court that they have resolved their differences. The Court grants the motion and orders that this case is dismissed with prejudice.  Fees and costs are taxed against the party incurring same.

**SO ORDERED**.

Signed September 24, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE